1  Michael J. Terhar [State Bar No. 89491]
   ROSE WALKER, LLP
2  2 North Lake Avenue, Suite 550
   Pasadena, CA 91101
3  Telephone:  (626) 765-3000
   Facsimile:  (626) 765-3030
4  E-mail: mterhar@rosewalker.com

5  Michael W. Moore [Idaho State Bar No. 1919]
   MOORE & ELIA, LLP
6  Post Office Box 6756
   Boise, Idaho 83707
7  Telephone:  (208) 336-6900
   Facsimile: (208) 336-7031
8  E-mail:  mike@mbelaw.net

9  Attorneys for Defendants,
   QUICKSILVER AIR, INC. and
10 RICHARD C. SWISHER

11              UNITED STATES DISTRICT COURT

12     CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION

13

14 GEORGE PAULEY                          Case No. CV13-00499 GAF (CWx)

15          Plaintiff,                    (Related with Case Nos. VC13-00462
                                          GAF (CWx); and CV13-00446-GAF
16    vs.                                 (CWx))

17 QUICKSILVER AIR, INC., an Alaska       **STIPULATION AND ORDER RE**
   Corporation; THE TIMKEN COMPANY,       **DISMISSAL**
18 an Ohio Corporation, doing business as
   TIMKEN ALCOR AEROSPACE
19 TECHNOLOGIES, INC., a foreign
   Arizona Company; H.E.R.O.S., INC., a
20 California corporation; ARROW
   AVIATION, LLC, a Louisiana Limited
21 Liability Company; 11 AEROSPACE
   LLC, an Arizona Limited Liability
22 Company, doing business as ASI          Assigned for All Purposes To:
   SERVICES; RICHARD C. SWISHER;          Hon. Gary A. Feess (GAF)
23 JOHN OR JANE DOES 1-X; and DOE
   CORPORATIONS XI-XX;
24
            Defendants.
25
   AND RELATED CASES
26

27

28

────────────────────────────────────────────
            **STIPULATION AND ORDER RE DISMISSAL**

1    IT IS HEREBY STIPULATED AND AGREED between plaintiff GEORGE
2 PAULEY, and defendants, QUICKSILVER AIR, INC. and RICHARD C.
3 SWISHER, H.E.R.O.S., INC., THE TIMKEN COMPANY and TIMKEN ALCOR
4 AEROSPACE TECHNOLOGIES, INC. through their respective counsel of record:
5    That this action, Case No. CV13-00499 GAF (CWx), which is part of three
6 related actions,  is hereby ordered dismissed with prejudice in its entirety including
7 plaintiff GEORGE PAULEY's operative complaint against defendants
8 QUICKSILVER AIR, INC. and RICHARD C. SWISHER, H.E.R.O.S., INC., THE
9 TIMKEN COMPANY and TIMKEN ALCOR AEROSPACE TECHNOLOGIES,
10 INC. and any and all cross-claims, counter-claims or third party claims filed by any
11 defendant in CV13-00499 GAF (CWx).  All parties to bear their own attorney fees
12 and costs.
13
14 Dated: January 29th, 2014          AHERIN RICE and ANEGON
15
16                                   By: _Darrel W. Aherin_
17                                       Darrel W. Aherin
                                         Attorneys for Plaintiff
18                                       GEORGE PAULEY
19
   Dated: February 13, 2014          ROSE WALKER, LLP
20
21
22                                   By: _____
                                         Michael J. Terhar
23                                       Attorneys for Defendants
                                         QUICKSILVER AIR, INC. and
24                                       RICHARD C. SWISHER
25
26
27
28

1   Dated: January __, 2014      LaMONTAGNE & AMADOR, LLP

2

3                                   By: _____

4                                       Thomas T. Carpenter
                                      Attorneys for Defendant and Cross-
                                      Claimant H.E.R.O.S., INC.

5

6

7   Dated: January 28, 2014      CONDON & FORSYTH

8

9                                     By: _____

10                                    Richard A. Lazenby
                                   Attorneys for Defendants THE

11                                    TIMKEN COMPANY and
                                   TIMKEN ALCOR AEROSPACE

12                                    TECHNOLOGIES, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RE DISMISSAL

2/3

1  Dated: January ___, 2014               LaMONTAGNE & AMADOR, LLP

2

3                                          By: _____  (or)

4                                              Thomas T. Carpenter
                                               Attorneys for Defendant and cross-
5                                              claimant H.E.R.O.S., INC.

6
   Dated: January ___, 2014                CONDON & FORSYTH
7

8
                                           By: _____
9                                              Richard A. Lazenby
                                               Attorneys for Defendants
10                                             THE TIMKEN COMPANY and
                                               TIMKEN ALCOR AEROSPACE
11                                             TECHNOLOGIES, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION AND ORDER RE DISMISSAL