JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION

| | |
|---|---|
| GEORGE PAULEY<br><br>    Plaintiff,<br><br>vs.<br><br>QUICKSILVER AIR, INC., an Alaska Corporation; THE TIMKEN COMPANY, an Ohio Corporation, doing business as TIMKEN ALCOR AEROSPACE TECHNOLOGIES, INC., a foreign Arizona Company; H.E.R.O.S., INC., a California corporation; ARROW AVIATION, LLC, a Louisiana Limited Liability Company; 11 AEROSPACE LLC, an Arizona Limited Liability Company, doing business as ASI SERVICES; RICHARD C. SWISHER; JOHN OR JANE DOES 1-X; and DOE CORPORATIONS XI-XX;<br><br>    Defendants.<br><br>AND RELATED CASES | Case No. CV13-00499 GAF (CWx)<br><br>(Related with Case Nos. VC13-00462 GAF (CWx); and CV13-00446-GAF (CWx))<br><br>**ORDER RE DISMISSAL**<br><br><br><br>Assigned for All Purposes To:<br>Hon. Gary A. Feess (GAF) |

**STIPULATION AND ORDER RE DISMISSAL**

1

2   This action, CV13-00499 GAF (CWx), is hereby ordered dismissed in its
3   entirety with prejudice pursuant to the stipulation of all parties.  All sides to bear
4   their own attorney fees and costs.

5

6   **IT IS SO ORDERED.**

7
    Dated:  February 14, 2014
8
                                                    _____
9                                                   Hon. Gary A. Feess
                                                    United States District Judge
10

11       JS-6

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
**STIPULATION AND ORDER RE DISMISSAL**